**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **BARBARA CRAW, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 18-12149-LTS** |
| | ) | |
| **HOMETOWN AMERICA, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT OF THE OAKHILL CLASS AND PLAN OF**
**ALLOCATION**

Plaintiff Barbara Craw, individually and on behalf of the Oakhill Class, ("Plaintiff") and Defendants Hometown America, LLC, Hometown America Management, LLC, and Hometown Oakhill (collectively, the defendants in this motion are the "Oakhill Defendants") jointly move the Court for entry of an Order granting preliminary approval of a proposed class action Settlement (the "Settlement Agreement" or "Settlement" or "Stipulation of Settlement"), attached as **Exhibit 1** to this motion. Capitalized terms not defined herein have the same meaning set forth in the Settlement Agreement.  Specifically, the parties jointly ask the Court to enter an Order:

1.      Preliminarily approving the Settlement Agreement between Plaintiff, individually and on behalf of the Oakhill Class, and the Oakhill Defendants, as fair, adequate, and reasonable;

05869950.7

2.      Preliminarily certifying, for settlement purposes only, the proposed Injunctive Relief Class under FED. R. CIV. P. 23(b)(2) and the Damages Class under Fed. R. Civ. P. 23(b)(3), pursuant to FED. R. CIV. P. 23(e)(1)(B)(ii);[1]

3.      Preliminarily approving and appointing Class Counsel to represent the Oakhill Class, for settlement purposes only;

4.      Approving the form, manner, and content of the proposed Class Notice (the Settlement Notice is attached as **Sub-Exhibit C**, and the Publication Notice is attached as **Sub-Exhibit D to Exhibit 1**, Settlement) pursuant to FED. R. CIV. P. 23(c)(2)(A) & (B), and directing its dissemination to the Oakhill Class pursuant to FED. R. CIV. P. 23(e)(1);

5.      Preliminarily approving the Plan of Allocation, attached as **Sub-Exhibit B to Exhibit 1**, Settlement, as fair, adequate, and reasonable;

6.      Preliminarily approving and appointing Plaintiff Barbara Craw as Class Representative of the Oakhill Class so that she may prosecute claims and seek damages as well as Injunctive Relief on behalf of the Oakhill Class, for settlement purposes only;

7.      Approving and appointing First Class, Inc., as the Settlement Administrator and ordering the Settlement Administrator to provide notice to the Oakhill Class Members, substantially in the form of the Notice submitted herewith as **Sub-Exhibits C** and **D**, and in conformance with the Settlement;

---

[1] The Injunctive Relief Class and the Damages Class are defined the same way: "all current and former residents of the Oakhill Manufactured Housing Community, who resided there at any point between September 25, 2012 and March 23, 2021." *See* **Exhibit 1**, Settlement Agreement, §§ II.Q, EE.  The proposed "Class" or "Oakhill Class" means the members of the Injunctive Relief Class and the members of the Damages Class.  *Id.*, §II.G.  The "Settlement Class" will be the members of the Injunctive Relief Class, and the members of the Damages Class who do not file a timely and valid Request for Exclusion (opt-out) from the Damages Class.  *Id.*, §II.BBB.

8.      Establishing a date for the final fairness hearing pursuant to FED. R. CIV. P. 23(e)(2), at least 120 days from the date of the Court's Order on this motion;

9.      Setting deadlines for accomplishing other steps in the Settlement approval process;

10.     Staying the nonsettlement-related proceedings against the Oakhill Defendants as to any Released Claim in accordance with the terms of the Settlement Agreement; and

11.     Issuing the remaining directives contained in the proposed Preliminary Approval Order, which is submitted herewith as **Sub-Exhibit E to Exhibit 1**, Settlement, which are necessary for this proposed Settlement to proceed.

This motion is based on the record in this action; the proposed Stipulation of Settlement submitted herewith as **Exhibit 1** and all of its sub-exhibits; the Memorandum of Law in Support of Preliminary Approval; and **Exhibits 2** through **Exhibit 11**, submitted herewith.

A Proposed Order granting preliminary approval is attached as **Sub-Exhibit E to Exhibit 1**.

> BARBARA CRAW, individually and on behalf of the Oakhill Class,
>
> By her attorney,
>
> */s/ Ethan R. Horowitz*
> Ethan R. Horowitz (BBO No. 674669)
> ehorowitz@njc-ma.org
> NORTHEAST JUSTICE CENTER
> 50 Island Street, Suite 203B
> Lawrence MA 01840
> (978) 888-0624
>
> -and-

HOMETOWN AMERICA, LLC,
HOMETOWN AMERICA MANAGEMENT, LLC,
HOMETOWN OAKHILL, LLC,

By their attorneys,

*/s/ Lisa C. Goodheart*
Lisa C. Goodheart (BBO No. 552755)
goodheart@sugarmanrogers.com
Tristan P. Colangelo (BBO No. 682202)
colangelo@sugarmanrogers.com
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, Suite 900
Boston MA 02114
(617) 227-3030

W. Scott Simpson (*Pro Hac Vice*)
wsimpson@smgblawyers.com
SIMPSON, MCMAHAN, GLICK & BURFORD, PLLC
2700 Highway 280, Suite 203W
Birmingham, AL 24112
(205) 876-1600

-and-

Lee E. Bains, Jr. (*Pro Hac Vice*)
lbains@maynardcooper.com
Thomas W. Thagard (*Pro Hac Vice*)
tthagard@maynardcooper.com
James C. Lester (*Pro Hac Vice*)
jlester@maynardcooper.com
Lorrie L. Hargrove (*Pro Hac Vice*)
lhargrove@maynardcooper.com
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1000

05869950.7                                     4

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that the parties are in agreement and jointly request the relief sought by this motion.

*/s/ Lorrie L. Hargrove*
Lorrie L. Hargrove


## **CERTIFICATE OF SERVICE**

I, Lorrie L. Hargrove, hereby certify that a true and correct copy of the above document was served electronically upon the attorney of record for each other party (as a registered ECF participant) via CM-ECF on May 6, 2021.

*/s/ Lorrie L. Hargrove*
Lorrie L. Hargrove