UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA CRAW, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 18-12149-LTS |
| | ) |
| HOMETOWN AMERICA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING
SUPPLEMENTAL EXHIBIT IN SUPPORT OF
JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT OF THE OAKHILL CLASS
AND PLAN OF ALLOCATION

By this Notice, Plaintiff Barbara Craw, individually and on behalf of the Oakhill Class, hereby submits for the Court's review the following supplemental exhibit in support of the recently filed Joint Motion for Preliminary Approval of Class Action Settlement of the Oakhill Class and Plan of Allocation ("Motion for Preliminary Approval"), Doc. 171: the Declaration of Dr. Brent Lutes and attached report ("Lutes Declaration"). The Lutes Declaration is specifically cited in the recently filed Memorandum of Law in Support of the Motion For Preliminary Approval, Doc. 172, at footnote 15. As outlined in the Memorandum, the undersigned has consulted with defense counsel and they do not object to the filing of this supplemental exhibit.

BARBARA CRAW, individually and on behalf of the Oakhill Class,

By her attorney,

/s/ Ethan R. Horowitz
Ethan R. Horowitz (BBO No. 674669)
ehorowitz@njc-ma.org
NORTHEAST JUSTICE CENTER
50 Island Street, Suite 203B

1

Lawrence MA 01840
(978) 888-0624

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, the foregoing Notice and above-referenced Declaration were electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to registered participants, including counsel for the Defendants.

/s/ Ethan Horowitz

_____

Dated: May 6, 2021

Ethan R. Horowitz
BBO # 674669

2